**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES RUSSELL MARS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-07-854-M |
| | ) |
| WALTER DINWIDDIE, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On January 31, 2008, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be denied. The parties were advised of their right to object to the Report and Recommendation by February 20, 2008. On February 15, 2008, petitioner filed his response, objecting to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 31, 2008;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 6th day of March, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE